**Order entered August 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00110-CR

**TRESHAN JAVAIR GRAVES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-54812-P**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE